# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141662(24)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                    SC: 141662
                                                     COA: 297258
                                                     Ingham CC: 02-000782-FC
LEVAR DARNELL SHANNON,
            Defendant-Appellant.
_____/

        On order of the Court, the motion for reconsideration of this Court's February 7, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011 _____        _____
d0620                                              Clerk